**SO ORDERED: October 10, 2007.**

_____
**Frank J. Otte
United States Bankruptcy Judge**

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF INDIANA
                 TERRE HAUTE DIVISION
```

```
IN RE:                          )
                                )
RAYMOND MILLARD SCOTT           )CASE NO. 07-80311-FJO-13
        Debtor                  )
_____)
```

**ORDER DENYING MOTION TO SHOW CAUSE**

The matter came before the Court upon the filing of the Verified Motion to Show Cause filed by the Debtor May 28, 2007. The Court held a hearing on this matter on September 6, 2007.

After reviewing this matter, the Court now finds as follows:

1. Debtor filed his Chapter 13 petition on March 22, 2007.

2. At the time of the filing, Rocky Fork Club, Inc., the creditor, had a judgment against the Debtor which was entered by the Circuit Court of Parke County due to assessments, dues and other sums owing by the Debtor and his wife to the creditor. The judgment entry of the Parke County Circuit Court stands as a valid

judgment and said creditor's claim must be treated by the Debtor's Plan.

3. This Court nullifies all post petitions fines issued by Rocky Fork Club, Inc. against the Debtor (and/or family member of the Debtor).

4. The Debtor is in good standing as a member of the Rocky Fork Club, Inc. as a result of his payment of the dues in May of 2007 to the creditor.

5. The Debtor and his family must comply with the rules of Rocky Fork Lake, Inc. and the association must likewise treat Debtor and his family as members in good standing.

6. At this time, the Court finds no intentional violation of the stay by the creditor from its issuance of citation or fines post petition; therefore, this Court will not be imposing sanctions at this time.  This Court notes that the actions of the creditor were very close to stepping over line, however, the Debtor has not been without fault himself in his dealings with the creditor.  Awarding sanctions would only aggravate an already very contentious situation and no good would be achieved by doing so.  It is this Court's hope and desire that by showing the restraint that it has in this situation, all parties involved will likewise follow suit and deal with each other with more common sense and human decency, and put the pettiness aside.  Both parties need to heed this as their warning that the Court will not be so patient and lenient in the future.

Based upon the foregoing, this Court hereby ORDERS that the Motion to Show Cause be and hereby is DENIED.

###